# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON STEELE,<br><br>Defendant. | 2:03-cr-449-PMP-PAL<br><br>**ORDER** |

Based upon the pending stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that case numbers 2:03-cr-449-PMP-PAL and 2:12-cr-405-APG-CWH be joined and entered under case number 2:12-cr-405-APG-CWH for the purposes of change of plea and sentencing.

DATED this 26th day of April, 2013.

_____
UNITED STATES DISTRICT JUDGE